*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, COGLEY, and HACKEL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Zydarius J. DANIELS**
Personnel Specialist Third Class (E-4), U.S. Navy
*Appellant*

**No. 202200034**

_____

Decided: 28 September 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Hayes C. Larsen

Sentence adjudged 3 December 2021 by a special court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 35 days, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Commander Matthew A. Kozyra, JAGC, USN*

---

[1] Appellant was credited with having served 35 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment to reflect in Block 12 that that Appellant was awarded 35 days of confinement credit for pretrial confinement and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202200034 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Zydarius J. DANIELS**<br>**Personnel Specialist Third Class**<br>**(E-4)**<br>**U.S. Navy** | |
| *Accused* | *As Modified on Appeal*<br><br>**28 September 2022** |

On 3 December 2021, the Accused was tried at Naval Station Norfolk, Virginia, by a special court-martial, consisting of a military judge sitting alone. Military Judge Hayes C. Larsen presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 85, Uniform Code of Military Justice, 10 U.S.C. § 885.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Desertion on or about 10 August 2021.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Charge II:** **Violation of Article 86, Uniform Code of Military Justice, 10 U.S.C. § 886.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1:** **Absent from place of duty from on or about 14 June 2021 to on or about 6 July 2021.**

> *Plea:* Guilty.

*Finding:* Guilty.

**Specification 2:** **Absent from place of duty from on or about 22 July 2021 to on or about 23 July 2021.**

*Plea:* Guilty.
*Finding:* Guilty.

**Charge III:** **Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification:** **Wrongful use of tetrahydrocannabinol, a Schedule I controlled substance, on or about 8 July 2021.**

*Plea:* Guilty.
*Finding:* Guilty.

## SENTENCE

On 3 December 2021, a military judge sentenced the Accused to the following (as modified, if at all, during any post-trial action):

**Reduction to pay grade E-1.**

*For the Specification of Charge I:*
confinement for 35 days.

*For Specification 1 of Charge II:*
confinement for 35 days.

*For Specification 2 of Charge II:*
confinement for 3 days.

*For the Specification of Charge III:*
confinement for 35 days.

The terms of confinement will run concurrently.

**Confinement for a total of 35 days.**

**A bad-conduct discharge.**

The Accused has served 35 days pretrial confinement and shall be credited with 35 days of confinement already served, to be deducted from the adjudged sentence to confinement.



FOR THE COURT:

MARK K. JAMISON
Clerk of Court